# United States Court of Appeals
## For the First Circuit

No. 22-1987

IN RE: DANIEL E. HALL,

Petitioner.

Before

Lynch, Kayatta and Montecalvo,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: December 30, 2022

    Petitioner has filed a petition for writ of mandamus asking this court to direct the district court judge to recuse and to transfer the case to another venue. We conclude that the extraordinary remedy of mandamus relief is not in order. See <u>In re Justices of Superior Court Dep't of Massachusetts Trial Court</u>, 218 F.3d 11, 15 (1st Cir. 2000) (general mandamus principles). The petition for a writ of mandamus is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel E. Hall
Jonathan Mark Eck
Julie E. Schwartz
Hayden M. Schottlaender
Seth R. Aframe
Indraneel Sur